434

21470. INTERNATIONAL SHOE COMPANY v. SAGGUS.

LUKE, J. This case is controlled by the decision in *Daniel Miller Company v. Saggus*, ante, 433.
Judgment reversed. *Broyles, C. J.*, concurs. *Bloodworth, J.*, absent on account of illness.

DECIDED JUNE 10, 1931.

*J. A. Mitchell*, for plaintiff. *Hawes Cloud*, for defendant.